IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| VS. | * | 1:05-mj-22(RLH)MDGA |
| | * | 2005-M-0456(RBC)DMA |
| AZHAR ESHAN, | * | |
| | * | |
| Defendant. | * | |

ORDER OF REMOVAL

**TO:  UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF GEORGIA**

A criminal complaint having been filed against this defendant in the District of Massachusetts, and said defendant having been arrested in the Middle District of Georgia; after an initial appearance held on May 3, 2005, before Richard L. Hodge, United States Magistrate Judge for the Middle District of Georgia, pursuant to Rule 5 of the Federal Rules of Criminal Procedure, the identity of defendant having been admitted (identity hearing waived), a copy of the warrant and criminal complaint was provided to the defendant.  The defendant requested that a preliminary examination be held in this district. The defendant also requested representation in this district and was represented by Attorney Robert Pinnero by appointment of the court.  Prior to the preliminary examination the defendant changed his mind and waived a preliminary examination in this district stating a desire to be removed to the District of Massachusetts.  The defendant has requested that he be given a preliminary examination in the district of prosecution if same can occur prior to the return of an indictment.  In view of the above and foregoing the said AZHAR ESHAN, is hereby ordered REMOVED forthwith to the **United States District**

1

**Court for the District of Massachusetts.**

This defendant was also required to surrender his passport, issued by the nation of Pakistan, to the United States Probation Office where it will remain until further order of this court or the or the United States District Court for the District of Massachusetts.

The court finds that release of this defendant from the custody of the United States Marshal is not appropriate at this time. Conditions of release, if appropriate, may be considered by the judicial officer presiding in the District of Massachusetts upon the appearance of the defendant in that district.

Accordingly, YOU ARE HEREBY COMMANDED to remove the said AZHAR ESHAN to the District of Massachusetts and there deliver him to that Court as directed.

SO ORDERED, this 19th day of May 2005.


/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

2